**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

DOUGLAS D SMITH
TANYA J SMITH
227 W 3RD ST
MARYSVILLE, OH  43040

Case No:   04-59837

Judge:    CHARLES M. CALDWELL

SSN(S):    XXX-XX-8466
XXX-XX-2666

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   June 21, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| Name and Address | Amount |
| --- | --- |
| DOUGLAS D SMITH & TANYA J SMITH<br>227 W 3RD ST<br>MARYSVILLE, OH  43040 | 0.02 |